FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JOHN P. PINSONEAULT and
ALETHA M. PINSONEAULT,
husband and wife,

                Plaintiffs,

    v.

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY,

                Defendant.

NO:  2:25-CV-0363-TOR

ORDER OF DISMISSAL

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 9).  The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides that each party will bear its own fees, costs, and expenses.  The Court has reviewed the record and files herein, and is fully informed.

//

//

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

The parties' Motion to Dismiss (ECF No. 9) is **GRANTED**.  Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice, each party shall bear its own fees, costs, and expenses.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** March 13, 2026.



Thomas O. Rice

THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2