AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

<span style="color:red">FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON</span>

<span style="color:red">**Mar 13, 2026**</span>

<span style="color:red">SEAN F. McAVOY, CLERK</span>

JOHN P. PINSONEAULT and ALETHA M. PINSONEAULT, husband and wife,
*Plaintiff*
v.

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,
*Defendant*

)
)
)
)
)
)

Civil Action No.   2:25-CV-0363-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   The parties' Motion to Dismiss (ECF No. 9) is GRANTED.  Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice, each party shall bear its own fees, costs, and expenses.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Thomas O. Rice

Date:  March 13th, 2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*